IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-1066-WJM-KLM

ANDREW J. O'CONNOR, and
CLIFF SMEDLEY,

    Plaintiffs,

v.

LAFAYETTE CITY COUNCIL, and
ALEXANDRA LYNCH, Mayor of Lafayette,

    Defendants.

## ORDER ADOPTING AS-MODIFIED RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the Recommendation of U.S. Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 80), recommending that Plaintiff Cliff Smedley's Motion to Dismiss (ECF No. 49) and Defendants' Motion to Dismiss Smedley's Claims (ECF No. 60) (together, the "Motions") be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). For the reasons that follow, the Recommendation is adopted as modified.

The Court assumes familiarity with the allegations and claims involved in this case as explicated in the Court's previous Order (ECF No. 81). The instant Motions constitute a stipulation on the part of Smedley and Defendants to dismiss all of Smedley's claims without prejudice, so that he may refile his claims in a separate action. (ECF Nos. 49 & 60.) The Court's previous Order, however, dismissed

Smedley's Title VII and ADEA claims with prejudice, and dismissed his First Amendment claim without prejudice.  (ECF No. 181.)  Given that the relief sought in the Motions has already been granted in the Court's prior Order (ECF No. 81), the Recommendation (ECF No. 80) will be adopted as modified, and Smedley's Motion (ECF No. 49) and Defendants' Motion (ECF No. 60) will be denied as moot.

The Court accordingly ORDERS as follows:

1. The Recommendation (ECF No. 80) is ADOPTED AS MODIFIED; and

2. Plaintiff Smedley's Motion to Dismiss (ECF No. 49) and Defendants' Motion to Dismiss (ECF No. 60) are DENIED AS MOOT.

Dated this 2nd day of March, 2020.

BY THE COURT:

William J. Martinez
United States District Judge